IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **CLIFFORD CLARK,** <br> TDCJ No. 2239054, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL WADDELL**, *et al.*, <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 7:22-cv-00059-M-BP |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 26th day of April, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE