IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **CLIFFORD CLARK,** § | | |
| **TDCJ No. 2239054,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 7:22-cv-00059-M-BP | |
| § | | |
| **MICHAEL WADDELL,** *et al.*, § | | |
| § | | |
| Defendants. § | | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Motions to Dismiss (ECF Nos. 33, 49) are **GRANTED** in part and **DENIED** in part. Plaintiff's claims against Defendants in their official capacity, for injunctive relief, for return of property, and for Fourth and Fifth Amendment violations are **DISMISSED without prejudice**, and Plaintiff's claims against Defendants Ramirez, Fox, Garcia, Skinner, Adkins, Hunley, Gonzales, Piercy, and Rodriguez under 42 U.S.C. § 1983 for compensatory damages, for deprivation of his constitutional and statutory rights, and for conspiracy to violate those rights are **DISMISSED with prejudice**.

Further, the Motion to Dismiss filed by Defendants Waddell, Byrd, Ramirez, Garcia, Skinner, Adkins, Hunley, Piercy, and Rodriguez is **DENIED** with respect to Plaintiff's Fourteenth Amendment equal protection claim against Defendants Waddell and Byrd. The motion is

**GRANTED** in all other respects, and all of Plaintiff's other claims against Defendants Waddell and Byrd are **DISMISSED with prejudice**.

      **SO ORDERED** this 12th day of December, 2023.

*[Signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE