IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| CLIFFORD CLARK, §<br>TDCJ No. 02239054, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>MICHAEL WADDELL and §<br>BRICE BYRD, §<br>§<br>Defendants. § | Civil Action No. 7:22-cv-00059-M-BP |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendants' Motion (ECF No. 81) is **GRANTED**, and Plaintiff's claims are **DISMISSED**.

**SO ORDERED** on this 22nd day of August, 2024.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE